UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN M. WILSON,

                Plaintiff,

      v.

SNOHOMISH COUNTY SHERIFF'S OFFICE, *et al.*,

                Defendants.

Case No. C17-1442-RAJ-JPD

REPORT AND RECOMMENDATION

On September 21, 2017, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff alleged therein that while confined at the Snohomish County Jail in 2017 he was denied an adequate diet, and adequate medical and mental health care. (*See* Dkt. 1-1 at 3.) Plaintiff also alleged that he had been abused by unidentified members of the jail staff. (*Id*. at 4.) While plaintiff submitted an application to proceed *in forma pauperis* with his complaint, he failed to submit the proper form. (*See* Dkt. 1.) Thus, on September 28, 2017, the Clerk sent plaintiff a letter advising him that his submission was deficient and that he would have to submit the proper *in forma pauperis* application form to the Court by October 30, 2017, or risk dismissal of this action. (Dkt. 4.) The Clerk also

REPORT AND RECOMMENDATION - 1

provided plaintiff with a copy of the correct form. (*See* Dkt. 4.) To date, plaintiff has not submitted the proper *in forma pauperis* application form to the Court for review.

As plaintiff has had ample time to correct the deficiency in his *in forma pauperis* application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 4, 2017**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 8, 2017.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 13th day of November, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2